1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11                                          No. 2:25-cv-00293-WBS-CSK
      IN RE:  STEVEN WAYNE BONILLA
12                                          No. 2:25-cv-00295-WBS-CSK
13                                          No. 2:25-cv-00298-WBS-CSK
14                                          No. 2:25-cv-00300-WBS-CSK
15                                          No. 2:25-cv-00301-WBS-CSK
16                                          No. 2:25-cv-00321-WBS-CSK
17                                          No. 2:25-cv-00322-WBS-CSK
18                                          No. 2:25-cv-00325-WBS-CSK
19                                          No. 2:25-cv-00326-WBS-CSK
20                                          No. 2:25-cv-00331-WBS-CSK
21
22
23                                          **ORDER**
24
25
26          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                          1

1   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4   the Court to open a new case for each attempted new pleading and assign it to the Court for

5   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8   finds they are related to Plaintiff's Alameda County criminal conviction.

9        Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00293, 2:25-cv-00295, 2:25-cv-

10   00298, 2:25-cv-00300, 2:25-cv-00301, 2:25-cv-00321, 2:25-cv-00322, 2:25-cv-00325, 2:25-cv-

11   00326 and 2:25-cv-00331 are DISMISSED; the Clerk of the Court is directed to close these cases.

12   No further filings will be accepted.

13   Dated:  February 4, 2025

14   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28